UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GIOVANNI MEDINA,
    Plaintiff,

vs.                                     Case No.:  3:25cv2/LAC/ZCB

J.P. DANIELS, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 19, 2025.  (Doc. 9).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 9) is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) for failure to state a claim.

3. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 28th day of April, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**